**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUIS MIGUEL MUNIZ,                    )    CASE NO. CV 10-04741 AG (RZ)
                                      )
                  Petitioner,         )
                                      )    ORDER ACCEPTING FINDINGS AND
        vs.                           )    RECOMMENDATIONS OF UNITED
                                      )    STATES MAGISTRATE JUDGE
GEORGE NEOTTI, ACTING WARDEN,         )
                                      )
                  Respondent.         )
_____)

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: MAY 12, 2011

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE