O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUIS MIGUEL MUNIZ,                    )        CASE NO. CV 10-04741 AG (RZ)
                                      )
                Petitioner,           )
                                      )        JUDGMENT
        vs.                           )
                                      )
GEORGE NEOTTI, ACTING WARDEN,         )
                                      )
                Respondent.           )
—————————————————————————————)

This matter came before the Court on the Petition of LUIS MIGUEL MUNIZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: MAY 12 , 2011


_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE